UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                              Case No.  8:04-cr-348-T-24 TGW

KEVIN McMAHON

_____/

**ORDER**

This cause comes before the Court on Defendant Kevin McMahon's Motion to Dismiss for Improper Venue.  (Doc. No. 339).  The Government opposes this motion.  (Doc. No. 345).

Defendant McMahon is named in Count One (RICO conspiracy) in a four-count indictment charging seven defendants with involvement in a RICO conspiracy and various Hobbs Act violations.  In this motion, Defendant McMahon requests that the Court dismiss Count One of the Superceding Indictment as to Defendant McMahon for improper venue.  Specifically, Defendant McMahon argues that his inclusion in the RICO count is due to his alleged role in two robberies that occurred in New York and New Jersey.  Therefore, he argues that venue is improper in the Middle District of Florida and that his ability to present a proper defense is substantially impeded.  The Court rejects his argument.

Venue in this case is controlled by 18 U.S.C. § 3237(a), which provides: "Except as otherwise expressly provided by enactment of Congress, any offense against the United States begun in one district and completed in another, or committed in more than one district, may be inquired of and prosecuted in any district in which such offense was begun, continued, or completed."  The RICO conspiracy charged in Count One is alleged to have been a continuous offense involving criminal activity in more than one district, including the Middle District of Florida, and as such, venue is proper in the Middle District of Florida.

Accordingly, it is ORDERED AND ADJUDGED that Defendant Kevin McMahon's Motion to Dismiss for Improper Venue (Doc. No. 339) is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, this 20th day of January, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record