UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                           Case No.  8:04-cr-348-T-24 TGW

KEVIN McMAHON

_____/

**ORDER**

This cause comes before the Court on Defendant Kevin McMahon's Motion to Dismiss Because Barred By the Statute of Limitations. (Doc. No. 337). The Government opposes this motion. (Doc. No. 356).

Defendant McMahon is named in Count One (RICO conspiracy) of a four-count indictment charging seven defendants with involvement in a RICO conspiracy and various Hobbs Act violations. In this motion, Defendant McMahon argues that he has been included in the RICO count due to his alleged role in two robberies that occurred in New York and New Jersey in 1995. He further argues that the charge against him should be dismissed, because it is barred by the five-year statute of limitations for RICO prosecutions.

The Government responds that the charge against Defendant McMahon is not barred by the five-year statute of limitations, because it is alleged in the Superseding Indictment that the conspiracy continued through the date of the Superseding Indictment, which was filed on June 29, 2005. (Doc. No. 231, ¶ 12). Thus, the charge against Defendant McMahon is not barred because an "indictment satisfies the requirements of the statute of limitations if the conspiracy is alleged to have continued into the limitations period." U.S. v. Coia, 719 F.2d 1120, 1124 (11th Cir. 1983).

The Court agrees with the Government that it has sufficiently alleged that the conspiracy continued into the limitations period. Furthermore, the Court rejects at this stage of the case Defendant McMahon's arguments that the 1995 robberies in New York and New Jersey

constitute separate conspiracies and that the 1995 robberies are not connected to the pattern of racketeering activity in this case.

Accordingly, it is ORDERED AND ADJUDGED that Defendant Kevin McMahon's Motion to Dismiss Because Barred By the Statute of Limitations (Doc. No. 337) is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, this 30th day of January, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record